JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/08/28 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- pltf. Chester H. Polec, etc. -- SUGGESTED TRANSFEREE DISTRICT:  E.D. MICHIGAN (cds) |
| 87/09/04 | 2 | MOTION, BRIEF, SCHEDULE (A-1 - A-12), DECLARATION OF CARROLL E. DUBUC, CERT. OF SERVICE -- deft. Northwest Airlines, Inc. -- SUGGESTED TRANSFEREE DISTRICT:  E.D. MICHIGAN (cds) |
| 87/09/11 | 3 | RESPONSE (to Pldg. #1) -- defendants Northwest Airlines, Inc. -- W/Certificate of Service. (paa) |
| 87/09/14 | | APPEARANCES:  DAVID W. MOORE, ESQ. For: United Technologies, a Foreign Corporation, d/b/a/ Pratt and Whitney; CARROLL E. DUBUC, ESQ., MICHAEL H. SELTER, ESQ. for: Northwest Airlines, Inc.; JOHN J. HENNELLY, JR., ESQ. For: McDonnell Douglas Corporation; RICHARD F. SCHADEN, ESQ.. For: Michael A. Nelson, Lawrence Favio and Kenneth B. Morgan; STANLEY M. CHESLEY, ESQ. For: Chester H. Polec, et al.; RICHARD E. BROWN, ESQ. For: James Downs, Kenneth Young, et al., Christine Ann Gruici. (paa) |
| 87/09/15 | | APPEARANCE:  MARK A. DOMBROFF, ESQ. for:  Detroit Metropolitan Wayne County Airport -- (paa) |
| 87/09/17 | | APPEARANCE:  GREGORY W. STINE, ESQ. For:  Gordon Atkins & Carlos Valasquez -- (paa) |
| 87/09/17 | 4 | JOINER IN MOTION (to pldg. #2) -- Detroit Metropolitan, Wayne County Airport -- W/Cert. of Svc. (paa) |
| 87/09/21 | 5 | RESPONSE (to Pldg. #2) -- Plaintiffs A-8 Nelson and A-9 Favio A-10 Morgan w/cert. of svc. (rew) |
| 87/09/21 | 6 | RESPONSE (to Pldg. #2) -- United Technologies Corp. w/cert. of svc. (rew) |
| 87/09/21 | 7 | RESPONSE (to Pldg. #2) -- McDonnell Douglas Corp. w./cert. of svc. (rew) |
| 87/09/21 | 8 | RESPONSE (to Pldg. #2) -- Plaintiffs A-12 Pfister w/cert. of svc. (rew) |
| 87/09/22 | | APPEARANCE:  HAROLD V. SULLIVAN, II, ESQUIRE for:  David Pfister, et al.  (paa) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- _____

| Date | Pl. | Pleading Description |
|------|-----|----------------------|
| 87/09/22 | 9 | JOINDER IN MOTION (to pldg. # 1 & 2) -- Plaintiffs A-11 Gruici, A-2 & A-5 Young and A-1 & A-4 Downs -- W/Certificate of Service -- (paa) |
| 87/09/25 | 10 | REPLY -- Defendants Northwest Airlines, Inc. -- w/certificate of service -- (paa) |
| 87/09/25 | 11 | AMENDED MOTION -- (A-7(13) and A-8(14)) Filed by Northwest Airlines, Inc. -- Notified involved counsel -- w/cert. of svc. (rh) |
| 87/10/06 | | APPEARANCE: RICHARD F. SCHADEN, ESQ. for Carlos Valasquez, Gordon Atkins. (tmq) |
| 87/10/13 | | HEARING ORDER -- setting motions for tranfer for Panel hearing in Dallas, Texas on November 18, 1987 (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/16 | 12 | AMENDMENT TO MOTION -- (adding B-15 to B-19) -- Filed by Northwest Airlines, Inc. -- w/cert. of svc. -- Notified involved counsel (paa) |
| 87/10/27 | 13 | LETTER -- Northwest Airlines requesting postponement of the HEARING or matter be HEARD FIRST on 11/18/87 -- w/cert. of svc. (tmq) |
| 87/11/05 | 14 | LETTER -- McDonnell Douglas Corporation, re: Pleading 13 -- w/cert. of svc. (tmq) |
| 87/11/06 | 15 | LETTER (re pldg. #13) -- signed by Richard F. Schaden, counsel for twelve party plaintiffs in various actions -- w/cert. of svc. (cds) |
| 87/11/10 | 16 | AMENDED MOTION -- (B-20 through B-26) Northwest Airlines, Inc. -- w/cert. of svc. (tmq) |

DOCKET FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/11/17 | | HEARING APPEARANCES: (For Hearing on 11/18/87 in Dallas, Texas) -- STANLEY M. CHESLEY, ESQ. for Chester H. Polec, et al.; MICHAEL H. SELTER, ESQ. for Northwest Airlines, Inc.; RICHARD E. BROWN, ESQ. for Kenneth Young, et al., James Downs, etc. and Christine Ann Gruici, etc.; RICHARD F. SCHADEN, ESQ. for Kenneth B. Morgan, etc., Michael A. Nelson, etc., Lawrence Favio, Stacy Surowitz, etc., Carlos Valasquez and Gordon Atkins; JOHN J. HENNELLY, JR., ESQ. for McDonnell Douglas Corp. AND HAROLD V. SULLIVAN, II, ESQ. for David Pfister, et al. (rh) |
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT: (For Hearing on 11/18/87 in Dallas, Texas) -- United Technologies and Von Jones, et al. (rh) |
| 87/11/20 | 17 | RESPONSE (no brief included so unable to consider as cross-motion) (to pldg. #12) -- pltfs. Jones, Vanos, Mickelson and Grigg -- w/cert. of service (cds) |
| 87/12/01 | 18 | AMENDED MOTION -- (B-27 - B-30) Filed by Northwest Airlines, Inc. (no letter was sent out) -- w/cert. of svc. (rh) |
| 87/12/07 | | CONSENT OF TRANSFEREE COURT -- For transferring of litigation to E.D. Michigan to Judge Julian A. Cook, Jr. (tmq) |
| 87/12/07 | | TRANSFER ORDER -- Transferring A-1, 2, 11, 13, B-24, 25 and 26 to the E.D. Michigan -- Notified involved judges, clerks, misc. recipients, interested publishers and counsel. (tmq) |
| 87/12/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-30 David Pfister, et at. v. Northwest Airlines, et al., C.D. California, C.A. No. 87-07622 RJK (Kn) -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 88/01/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-30 David Pfister, et al. v. Northwest Airlines, et al., C.D. California, C.A. No. 87-07622 TJK (Kn) -- NOTIFIED INVOLVED JUDGES AND CLERKS. (paa) |

JPML FORM 1A

B-4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/01/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-33 William Horton, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV87-2077 PHX CAM; B-34 Andrew R. Bagnato, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV87-2105 PHX WPC and B-35 Andrew R. Bagnato, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV87-2106 PHX CAM -- Notified involved counsel and judges (rh) |
| 88/01/14 | | APPEARANCE (AMENDED):  JOHN J. HENNELLY, JR.,ESQ. for McDonnell Douglas Corporation and Douglas Aircraft Company  (paa) |
| 88/01/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-33 William Horton, et al. v. Northwest Airlines, Inc., etc., District of Arizona, C.A. No. CIV-87-2077-PHX-CAM; B-34 Andrew R. Bagnato, etc. v. Northwest Airlinnes, Inc., District of Arizona, C.A. No. CIV-87-2105-PHX-WPC; B-35 Andrew R. Bagnato, etc. v. Northwest Airlines, Inc., District of Arizona, C.A. No. CIV-87-2106-PHX-CAM -- Notifid involved judges and clerks.  (paa) |
| 88/02/12 | | APPEARANCE:  Laxalt, Washington, Perito & Dubuc for Northwest Airlines, Inc.  (cds) |
| 88/03/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-15 Dorothy Ann Brown, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-1570 PHX EHC -- Notified involved counsel and judges (rh) |
| 88/03/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-15 Dorothy Ann Brown, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-1570 PHX EHC -- Notified involved judges and clerks (rh) |

P. 5

PML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- IN RE AIR CRASH DISASTER AT DETROIT METROPOLITAN AIRPORT ON
AUGUST 16, 1987

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/03/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-36 - B-53) -- B-36 Rose **Weite**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0096-PHX-PGR; B-37 Robin M. **Spotleson**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2154-PHX-CLH; B-38 Caroyln Ann **Brantley**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2167-PHX-CLH; B-39 Carolyn **Johnson**, etc.v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2205-PHX-EHC; B-40 Richard **Boersma**, et al. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2224-PHX-EHC; B-41 Mark T. **Gruici**, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2228-PHX-RGS; B-42 Katherine **Garcia**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2112-PHX-WPC; B-43 William **Cody**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2227-PHX-PGR; B-44 Kathleen M. **Amabile**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2239-PHX-CLH; B-45 Ronald J. **Davis**, Sr., et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2184-PHX-RCB; B-46 Suzanne Redd **Ross**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0256-PHX-CLH; B-47 **Marshall & Ilsley Trust Co.** v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-88-0232-PHX-RGS; B-48 Marilyn **Blakley**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0257-PHX-WPC; B-49 John R. **Thomsen**, et al. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-88-0200-PHX-RGS; B-50 Francis A. **Presti**, Jr., et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2220-PHX-RGS; B-51 David **Geiger**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2186-PHX-RCB; B-52 Richard Carl **Zell**, III v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0261-PHX-WPC; B-53 Anne M. **Anderson**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0262-PHX-EHC -- NOTIFIED INVOLVED JUDGES AND COUNSEL (paa) |

JPML·FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- IN RE AIR CRASH DISASTER AT DETROIT METROPOLITAN AIRPORT ON AUGUST 16, 1987

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/03/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-54 Gerrit Terpstra, et al. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2222-PHX-RGS -- Notified invovled counsel and judges (rh) |
| 88/04/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (B-36 - B-53) -- B-36 Rose **Weite**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0096-PHX-PGR; B-37 Robin M. **Spotleson**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2154-PHX-CLH; B-38 Caroyln Ann **Brantley**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2167-PHX-CLH; B-39 Carolyn **Johnson**, etc.v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2205-PHX-EHC; B-40 Richard **Boersma**, et al. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2224-PHX-EHC; B-41 Mark T. **Gruici**, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2228-PHX-RGS; B-42 Katherine **Garcia**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2112-PHX-WPC; B-43 William **Cody**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2227-PHX-PGR; B-44 Kathleen M. **Amabile**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2239-PHX-CLH; B-45 Ronald J. **Davis**, Sr., et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2184-PHX-RCB; B-46 Suzanne Redd **Ross**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0256-PHX-CLH; B-47 **Marshall & Ilsley Trust Co.** v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-88-0232-PHX-RGS; B-48 Marilyn **Blakley**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0257-PHX-WPC; B-49 John R. **Thomsen**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0200-PHX-RGS; B-50 Francis A. **Presti**, Jr., et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2220-PHX-RGS; B-51 David **Geiger**, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-87-2186-PHX-RCB; B-52 Richard Carl **Zell**, III v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0261-PHX-WPC; B-53 Anne M. **Anderson**, etc. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-0262-PHX-EHC -- Notified involved judges and clerks (rh) |
| 88/04/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-54 Gerrit Terpstra, et al. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-87-2222-PHX-RGS -- notified involved judges and clerks (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/04/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-55 Jack H. Burrell, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. 88-CV-416; B-56 Floyd Scott, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. 88-CV-415 -- Notified involved counsel and judges (ds) |
| 88/04/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-57 Dean M. Roundy, et al. v. Northwest Airlines, M.D. Florida, C.A. No. 88-127-CIV-ORL-18 -- Notified involved counsel and judges (ds) |
| 88/05/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-55 Jack H. Burrell, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. 88-CV-416; B-56 Floyd Scott, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. 88-CV-415 -- Notified involved clerks and judges (cds) |
| 88/05/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-57 Dean M. Roundy, et al. v. Northwest Airlines, M.D. Florida, C.A. No. 88-127-CIV-ORL-18 -- Notified involved clerks and judges (ds) |
| 88/07/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-94 Randall W. Zell, et al. v. Northwest Airlines, Inc., et al., C.D. California, C.A. No. 88-3214-WMB(Ex) and C-95 Paul Mazade, et al. v. McDonnell Douglas Corp., et al., S.D. Florida, C.A. No. 88-1137-CIV-KEHOE -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/08/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-94 Randall W. Zell, etc. v. Northwest Airlines, Inc., et al., C.D. Cal., C.A. No. 88-3214 WMB (Ex); C-94 Paul Mazade, et al. v. McDonnell Douglas Corp., et al., S.D. Fla., C.A. No. 88-1137-CIV-KEHOE -- Notified involved clerks and judges. (ds) |
| 88/08/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-96 Brian Roundy, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1219-PHX-RGS and C-97 Geraldine Hennessy v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1115-PHX-RCB -- Notified involved counsel and judges (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/09/12 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-96 Brian Roundy, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1219-PHX-RGS; C-97 Geraldine Hennessy v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1115 -- Notified involved clerks and judges. (ds) |
| 88/10/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-99 Steve Shaffer, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-88-1340-PHX EHC and D-100 William C. Robinson, etc. v. Northwest Airlines, Inc., et al., C.D. California, C.A. No. 88-5560 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/11/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-101 Reid Bushong, et al. v. Northwest Airlines, Inc., etc., C.D. California, C.A. No. SA-CV88-0549-AHS(RWRx) -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/11/02 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-99 Steve Shaffer, etc. v. Northwest Airlines, Inc., D. Arizona, C.A. No. CIV-88-1340-PHX EHC and D-100 William C. Robinson, etc. v. Northwest Airlines, Inc., et al., C.D. California, C.A. No. 88-5560 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 88/11/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-102 Harry William Martin, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1659-PHX(CLH); D-103 Reid Bushong, et al. v. Northwest Airlines, Inc., C.D. California, C.A. No. SA-CV-88-471-JSL(RWRz) -- Notified involved judges and counsel (ds) |
| 88/11/17 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-101 Reid Bushong, et al. v. Northwest Airlines, Inc., etc., C.D. California, C.A. No. SA-CV88-549-AHS(RWRx) -- Notified involved judges and counsel (cds) |
| 88/12/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-102 Harry William Martin, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1659-PHX(CLH); D-103 Reid Bushong, et al. v. Northwest Airlines, Inc., C.D. California, C.A. No. SA-CV-88-471-JSL(RWRx) -- Notified invovled clerks and judges. (ds) |
| 88/12/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-122 Kathleen M. Grigg, et al. v. Northwest Airlines, Inc., et al., D. Ariz., C.A. No. CIV-88-1244-PHX-RCB; D-123 Carl B. Bell, et al. v. Northwest Airlines, Inc., et al., D. Ariz., C.A. No. CIV-88-1792-PHX-PGR -- Notified involved counsel and judges. (ds) |

742

89/01/17       CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-122 Kathleen M. Grigg, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1244-PHX-RCB and D-123 Carl B. Bell, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV-88-1792-PHX-PGR -- Notified involved judges and clerks (rh)

89/03/10       CONDITIONAL TRANSFER ORDER FILED TODAY -- D-125 Janet D. Cook, et al. v. Northwest Airlines, Inc., et al., v. McDonnell-Douglas Corp., et al., D. Arizona, C.A. No. CIV-88-2094-PHX-PGR -- Notified involved counsel and judges (rh)

89/03/28       CONDITIONAL TRANSFER ORDER FINAL TODAY -- D-125 Janet D. Cook, et al. v. Northwest Airlines, Inc., et al. v. McDonnell-Douglas Corp., et al., D. Ariz., C.A. No. CIV-88-2094-PHX-PGR -- Notified involved clerks and judges (ds)

89/04/14       CONDTIONAL TRANSFER ORDERS FILED TODAY -- D-126 Stephen Shaffer, et al. v. Mcdonnell Douglas Aircraft Corp., N.D. Cal., C.A. No. C89-0734-JPV(ARB)TSC and D-127 Steven J. Acker, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV89-0418-PHX-RGS -- Notified involved counsel and judges. (ds)

89/05/02       CONDTIONAL TRANSFER ORDERS **FINAL** TODAY -- D-126 Stephen Shaffer, et al. v. Mcdonnell Douglas Aircraft Corp., N.D. Cal., C.A. No. C89-0734-JPV(ARB)TSC and D-127 Steven J. Acker, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV89-0418-PHX-RGS -- Notified involved clerks and judges (cds)

89/05/05       CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-128 Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation, D. Arizona, C.A. No. CIV89-0472-PHX-RCB and D-129 Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation, D. Arizona, C.A. No. CIV89-0473-PHX-CAM -- Notified involved counsel and judges (rh)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/05/23 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-128 Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation, D. Arizona, C.A. No. CIV89-0472-PHX-RCB and D-129 Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation, D. Arizona, C.A. No. CIV89-0473-PHX-CAM -- Notified involved clerks and judges. (ds) |
| 89/08/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-130 Howard Sullivan, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV89-1175-PHX-RGS -- Notified involved counsel and judges. (ds) |
| 89/09/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-130 Howard Sullivan, et al. v. Northwest Airlines, Inc., et al., D. Arizona, C.A. No. CIV89-1175-PHX-RGS -- Notified involved clerks and judges. (ds) |
| 89/09/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-131 Northwest Airlines, Inc. v. McDonnell Douglas Corp., et al., D. District of Columbia, C.A. No. 89-2279 and E-132 Sunil Biswas, et al. v. Northwest Airlines, Inc., S.D. Texas, C.A. No. H-89-3001 -- Notified involved counsel and judges (rh) |
| 89/10/10 | 19 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in E-132 Sunil Biswas, et al. v. Northwest Airlines, Inc., S.D. Texas, C.A. No. H-89-3001 -- Notified involved counsel and judges (rh) |
| 89/10/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-131 Northwest Airlines, Inc. v. McDonnell Douglas Corporation, et al., D. District of Columbia, C.A. No. 89-2279 -- Notified involved judges and clerks (rh) |
| 89/10/25 | 20 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in E-132 Sunil Biswas, et al. v. Northwest Airlines, Inc., S.D. Texas, C.A. No. H-89-3001 -- w/cert. of svc. (rh) |
| 89/11/13 | 21 | RESPONSE (to pldg. #20) -- Northwest Airlines w/attachments and cert. of svc. (ds) |
| 89/12/05 | | HEARING ORDER -- Setting opposition of plaintiff (B-132) Sunil Biswas, et al. v. Nothwest, S.D. Tex., C.A. No. H-89-3001 for hearing on Jan. 25, 1990 in Orlando, Florida. Notified involved counsel, clerks and judges. (rew) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- In re Air Crash at Detroit Metropolitan Airport on
August 16, 1987

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/01/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY w/simultaneous remand of some claims -- F-160 James R. Walton, et al. v. Northwest Airlines, Inc., et al. v. Texas Instruments, et al., D. Arizona, C.A. No. 88-CV-1894 -- Notified involved judges and counsel  (cds) |
| 90/01/22 | 22 | SUPPLEMENT RESPONSE (PLDG. #21) -- Northwest Airlines  -- w/Exhibit A and cert. of svc. (rh) |
| 90/01/24 | | WAIVERS OF ORAL ARGUMENT (for January 25, 1990 hearing in Orlando, Florida):  ALL WAIVED  (cds) |
| 90/01/31 | | TRANSFER ORDER -- transferring E-132 Sunil Biswas, et al. v. Northwest Airlines, Inc., S.D. Texas, C.A. No. H89-3001 to the E.D. Michian -- Notified involved clerks, judges and counsel  (ds) |
| 90/02/05 | | CONDITIONAL TRANSFER ORDER w/simultaneous remand of some claims FINAL TODAY -- F-160 James R. Walton, et al. v. Northwest Airlines, Inc., et al. v. Texas Instruments, et al., D. Arizona, C.A. No. 88-CV-1394 -- Notified involved judges and clerks  (cds) |
| 90/10/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (G-166) Northwest Airlines Inc. v. CAE Electronics, Ltd., D. Minnesota, C.A. No. 90-CV-472 -- Notified involved judges and counsel  (cdm) |
| 90/11/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (G-166) Northwest Airlines Inc. v. CAE Electronics, Ltd., D. Minnesota, C.A. No. 90-CV-472 -- Notified involved judges and counsel  (sg) |
| 91/07/02 | 23 | SUGGESTION FOR REMAND OF ACTION (B-39) -- signed by Judge Julian A. Cook, Jr. -- filed on May 21, 1991 (ds) |
| 91/07/02 | 24 | SUGGESTION FOR REMAND OF ACTION (B-46) -- signed by Judge Julian A. Cook, Jr. -- filed on May 21, 1991 (ds) |
| 91/07/02 | | CONDITIONAL REMAND ORDER -- B-39 Carolyn C. Johnson v. McDonnell Douglas Corp., E.D. Mich., C.A. No. 88-72040-DT (D. Arizona, C.A. No. CIV-87-2205-PHX-EHC) and B-46 Suzanne Redd Ross v. McDonnell Douglas Corp., E.D. Mich., C.A. No. 88-71914-DT (D. Arizona, C.A. No. CIV-88-0256-PHX-CLH) -- Notified involved counsel and judge (ds) |

91/07/18        CONDITIONAL REMAND ORDERS **FINAL** TODAY -- B-39 Carolyn C.
Johnson, etc. v. McDonnell Douglas Corp., E.D. Michigan, C.A.
No. 88-72040-DT (D. Arizona, C.A. No. CIV-87-2205-PHX-EHC)
and B-46 Suzanne Redd Ross, etc. v. McDonnell Douglas Corp.,
E.D. Michigan, C.A. No. 88-71914-DT (D. Arizona, C.A. No.
CIV-88-0256-PHX-CLH) -- Notified involved judge and clerks
(rh)

JPML Form 1

Revised: 8/78

DOCKET NO. ___742___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

## SUMMARY OF LITIGATION

| Hearing Dates November 18, 1987 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Dec. 7, 1987 | TO | F. _674_ Supp. _27_ | E.D. Michigan #675 | Julian A. Cook, Jr. | |

### Special Transferee Information

DATE CLOSED: _____

JP. FORM 1

LISTING OF INVOLVED ACTIONS

Hon. Julian A. Cook, Jr.
E.D. Michigan

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James Downs, etc. v. Northwest Airlines, Inc. | Ariz. Muecke | CIV-87-1351 PhxCAM | 12/7/87 | 87-4640D | 1/29/88 D | |
| A-2 | Kenneth Young, etc. v. Northwest Airlines, Inc. | Ariz. Bloomfield | CIV-87-1352 PhxRCB | 12/7/87 | 87-4680D | 1/29/88 | |
| A-3 | Chester H. Polec, etc. v. Northwest Airlines, Inc. | Mich.,E. Cook | 87-CV-73216-DT | | | | |
| A-4 | James Downs, etc. v. Northwest Airlines, Inc., etc. | Mich.,E. Woods | 87-CV-73245-DT | | | | |
| A-5 | Kenneth Young, etc. v. Northwest Airlines, Inc., etc. | Mich.,E. DeMascio | 87-CV-73247-DT | | | | |
| A-6 | Carlos Valasquez v. Northwest Airlines, Inc., et al. | Mich.,E. Feikens | 87-CV-73263-DT | | | | |
| A-7 | Gordon Atkins v. Northwest Airlines, Inc., et al. | Mich.,E. DeMascio | 87-CV-73264-DT | | | | |
| A-8 | Michael A. Nelson, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Suhrheinrich | 87-CV-73274-DT | | | | |
| A-9 | Lawrence Michael Favio v. Northwest Airlines, Inc., et al. | Mich.,E. Hackett | 87-CV-73275-DT | | | | |

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Kenneth B. Morgan, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 87-CV-73276-DT | | | | |
| A-11 | Christine Anne Gruici, etc. v. Northwest Airlines, Inc. | Ariz. Muecke | 87-1358 PhxCAM | 12/7/87 | 87-7463 | | |
| A-12 | David Pfister, et al. v. Northwest Airlines, Inc., et al. | Cal.,C. Davies | 87-05561 JSD   NOT COUNT | | | 7/25/8 ND | |
| A-13 | Von Jones, et al. v. Northwest Airlines, Inc. | Ariz. Bloomfield | 87-1456 PHX RCB | 12/7/87 | 87-7481 | | |
| A-14 | Stacy Surowitz, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Hackett | 87-Cv-73404 DT | | | | |
| B-15 | Dorothy Ann Brown, etc. v. Northwest Airlines, Inc. 3-1-88 | Ariz. Carroll | CIV-87-1570 PHX EHC | 3-17-88 | 88-71272 | | |
| B-16 | Citizen's Commercial and Savings Bank v. Northwest Airlines, INc. | Mich.E. Zathoff | 87-CV-73769 DT | | | | |
| B-17 | Raymond Scott D'Angelo, etc. v. Northwest Airlines, Inc. | Mich.E. LaPlata | 87 87-CV-60314 AA  87-74685 | | | | |
| B-18 | Kenneth Klaft v. Northwest Airlines, et al. | Mich.E. Hackett | 87-CV-73677 DT | | | | |
| B-19 | Alma Wallington, etc. v. Northwest Airlines, Inc. | Mich.E. Woods | 87-CV-73577 DT | | | | |

DOCKET NO. 742 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-20 | Twonder Davis, et al. v. Northwest Airlines, Inc., et al. | Mich.,E. Feikens | 87-CV-74010-DT | — | | | |
| B-21 | Twonder Davis, et al. v. Northwest Airlines, Inc., et al. | Mich., E. Taylor | 87-CV-74011-DT | — | | | |
| B-22 | Dongernerial Thomas v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 87-CV-74012-DT | — | | | |
| B-23 | Anita J. Vlazny, etc. v Northwest Airlines, Inc., et al. | Mich.,E. DesMascio | 87-CV-73983-DT | — | | | |
| B-24 | Kris J. Grigg, et al. v. Northwest Airlines, Inc. | Ariz. Carroll | 87-1744 PHX EHC | 12/7/87 | 87-74582 | | |
| B-25 | Annette K. Mickelson, etc. v. Northwest Airlines, Inc., Jr. | Ariz. Bloomfield | 87-1741 PHX RCB | 12/7/87 | 87-74682 | | |
| B-26 | Peter Vanos, et al. v. Northwest Airlines, Inc. | Ariz. Muecke | 87-1730 PHX CAM | 12/7/87 | 87-74631 | | ✓ |
| B-27 | Mark Dobronski, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Duggan | 87-CV-74132DT | — | | | |
| B-28 | Kay Gleason, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Duggan | 87-CV-74270DT | — | | | |
| B-29 | Molly S. Sills, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Woods | 87-CV-74279DT | — | | | |

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | David Pfister, et al. v. Northwest Airlines, Inc., et al. 12/28/87 | Cal.,C. Kelleher | CV-87-07622 RJK(Kx) | 1-7-88 | 88-70454 | | |
| XYZ-31 | Merrie C. Bird v. Northwest Airlines, Inc., et al. | E.D.Mich. | CV87-74364 | — | | | |
| XYZ-32 | Carleen Andrews, et al. v. Northwest Airlines, Inc., et al. | Mich.,E. | 87-74310 | — | | | |
| B-33 | William Horton, et al. v. Northwest Airlines, Inc., etc. 1-11-88 | Ariz. Muecke | CIV87-2077 PHX CAM | 1-29-88 | 88-70559 | | |
| B-34 | Andrew R. Bagnato, etc. v. Northwest Airlines, Inc. 1-11-88 | Ariz. Copple | CIV87-2105 PHX WPC | 1-27-88 | 88-70561 | | |
| B-35 | Andrew R. Bagnato, etc. v. Northwest Airlines, Inc. 1-11-88 | Ariz. Muecke | CIV87-2106 PHX CAM | 1-27-88 | 88-70560 | | |
| B-36 | Rose Weite, etc. v. Northwest Airlines Inc., et al, 3-24-88 | Ariz. Rosenblatt | CIV-88-0096 PHX-PGR | 4-11-88 | 88-71547 | | |
| B-37 | Robin M. Spotelson, et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Hardy | CIV-87-2154 PHX-CLH | 4-11-88 | 88-71913 | | |
| B-38 | Carolyn Ann Brantley, et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Hardy | CIV-87-2167 PHX-CLH | 4-11-88 | 88-72039 | | |
| B-39 | Carolyn Johnson, etc. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Carroll | CIV-87-2205 PHX-EHC | 4-11-88 | 88-72040 | | |
| B-40 | Richard Boersma, et al., v. Northwest Airlines, Inc. 3-24-88 | Ariz. Carroll | CIV-87-2224 PHX-EHC | 4-11-88 | 88-71545 | | |

DOCKET NO. 742 --  _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-41 | Mark T. Gruici, etc. v. Northwest Airlines, Inc. 3-24-88 | Ariz. Strand | CIV-87-2228 PHX-RGS | 4-11-88 | 88-71921 | | |
| B-42 | Katherine Garcia, et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Copple | CIV-87-2112 PHX-WPC | 4-11-88 | 88-71916 | | |
| B-43 | William Cody, et al. v. Northwest Airlines, Inc., et al 3-24-88 | Ariz. Rosenblatt | CIV-87-2227 PHX-PGR | 4-11-88 | 88-71548 | | |
| B-44 | Kathleen M. Amabile, et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Hardy | CIV-87-2239 PHX-CLH | 4-11-88 | 88-71915 | | |
| B-45 | Ronald J. Davis, Sr., et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Broomfield | CIV-87-2148 PHX-RCB | 4-11-88 | 88-71917 | | |
| B-46 | Suzanne Redd Ross, etc. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Hardy | CIV-88-0256 PHX-CLH | 4-11-88 | 88-71914 | | |
| B-47 | Marshall & Ilsley Trust Co. v. Northwest Airlines, Inc. 3-24-88 | Ariz. Strand | CIV-88-0232 PHX-RGS | 4-11-88 | 88-71911 | | |
| B-48 | Marilyn Blakley, etc. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Copple | CIV-88-0257 PHX-WPC | 4-11-88 | 88-71919 | | |
| B-49 | John R. Thomsen, et al. v. Northwest Airlines, Inc. 3-24-88 | Ariz. Strand | CIV-88-0200 PHX-RGS | 4-11-88 | 88-71912 | | |
| B-50 | Francis A. Presti, Jr., et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Strand | CIV-87-2220 PHX-RGS | 4-11-88 | 88-71923 | | |
| B-51 | David Geiger, et al. v. Northwest Airlines, Inc., et al. 3-24-88 | Ariz. Broomfield | CIV-87-2186 PHX-RCB | 4-11-88 | 88-71918 | | |

DOCKET NO. 742 __ In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-52 | Richard Carl Zell, III v. Northwest Airlines, Inc., et al. *3-24-88* | Ariz. Copple | CIV-88-0261 PHX-WPC | 4-11-88 | 88-71920 | | |
| B-53 | Anne M. Anderson, etc. v. Northwest Airlines, Inc., et al. *3-24-88* | Ariz. Carroll | CIV-88-0262 PHX-EHC | 4-11-88 | 88-71546 | | |
| B-54 | Gerrit Terpstra, et al. v. Northwest Airlines, Inc. *3-31-88* | Ariz. Strand | CIV-87-2222 PHX-RGS | 4/5/88 | 88-71924 | | |
| B-55 | Jack H. Burrell, etc. v. Northwest Airlines, Inc. *4/21/88* | D.Ariz. Strand | 88-CV-416 | 5/9/88 | 88-72187 | | |
| B-56 | Floyd Scott, etc. v. Northwest Airlines, Inc. *4/21/88* | D.Ariz. Carroll | 88-CV-415 | 5/9/88 | 88-72224 | | |
| B-57 | Dean M. Roundy, et al. v. Northwest Airlines *4/27/88* | M.D.Fla. Sharp | 88-127-CIV-ORL-18 | 5/13/88 | 88-72186 | | |
| XYZ-58 | Eric N. Avedisian, etc. v. Northwest Airlines, Inc. | E.D.Mich. Cook | 87-74438 | — | | | |
| XYZ-59 | Frankie J. Langton, etc. v. Northwest Airlines | E.D. Mich Cook | 87-74599 | — | | | |
| XYZ-60 | Kendall Rogers, etc. v. Northwest Airlines, Inc. | E.D.Mich Cook | 87-74600 | — | | | |
| XYZ-61 | Patricia A. Dresch, etc. v. Northwest Airlines, Inc. | E.D. Mich | 87-74602 | — | | | |
| XYZ-62 | Bonnie S. Hagler, etc. v. Northwest Airlines, Inc. | E.D.Mich Cook | 87-74604 | — | | | |
| XYZ-63 | Christine A. Gruici, etc. v. Northwest Airlines, Inc. | E.D.Mich Cook | 87-74742 | — | | | |
| XYZ-64 | Louis F. Tallarico, etc. v. Northwest Airlines, Inc. | E.D.Mich Cook | 87-74743 | — | | | |

Case MDL No. 742 Document 25 Filed 06/12/15 Page 20 of 39

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-65 | Antonio Zanger, etc. v. Northwest Airlines, Inc. | E.D.Mich. Cook | 87-74744 | | | | |
| XYZ-66 | Peter Vanos, etc. v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70239 | | | | |
| XYZ-67 | Annette K. Mickelson, et al. v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70240 | | | | |
| XYZ-68 | David Geiger, et al. v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70241 | | | | |
| XYZ-69 | Leo Atkins v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70337 | | | 11/7/89 | |
| XYZ-70 | Ronald Rhan v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70338 | | | 11/7/89 | |
| XYZ-71 | Ferdinand Barberio v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70352 | | | | |
| XYZ-72 | John A. Hoffman v. Northwest Airlines, Inc. | F.D.Mich. Cook | 88-70358 | | | | |
| XYZ-73 | Debra May Buck v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70360 | | | | |
| XYZ-74 | Debra May Buck v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70361 | | | | |
| XYZ-75 | Richard Shero v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70457 | | | | |
| XYZ-76 | John C. Bigler v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70525 | | | | |
| XYZ-77 | Mary Kahle v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70526 | | | | |

JBML FORM 1 -- Continuation

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-78 | Victor Elfering v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70680 | | | | |
| XYZ-79 | Sally Ann Larson v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70700 | | | | |
| XYZ-80 | James Wennen, et al. v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70702 | | | | |
| XYZ-81 | Christopher McLaughlin v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70982 ✓ | | | | |
| XYZ-82 | Linda Marie Strausbaugh v. Northwest Airlines Inc. | E.D.Mich Cook | 88-71346 ✓ | | | | |
| XYZ-83 | Emma Galloway v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-71347 ✓ | | | | |
| XYZ-84 | Earl Pearson v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-71871 | | | | |
| XYZ-85 | Paul T. Garvey, etc. v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-71906 | | | | |
| XYZ-86 | Jacqueline M. Park v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70075 | | | | |
| XYZ-87 | Susanne Goldstein v. Northwest Airlines, Inc. | E.D.Mich. Cook | 88-70076 | | | | |
| XYZ-88 | Joan R. Scherer v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70077 | | | | |
| XYZ-89 | Mary Ellen Insalaco v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70078 | | | | |
| XYZ-90 | Sarah Brown v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70090 | | | | |

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-91 | Barry M. Zigler v. Northwest Airlines, Inc. | E.D.Mich Cook | 88-70092 | | | | |
| XYZ-92 | Varlene J. Best v. Northwest Airlines, Inc. | E.D.Mich | 88-70221 | | | | |
| XYZ-93 | Kris J. Grigg v. Northwest Airlines, Inc. | E.D.Mich | 88-70238 | | | | |
| | *July 1988 - 54 72/58/2 Dec/90 Pending* XYZ | | | | | | |
| C-94 | Randall W. Zell, etc. v. Northwest Airlines, Inc., ~~etc.~~, et al. *7/21/88* | C.D.Cal. Byrne | 88-3214-WMB (Ex) | 8/8/88 | 88-73572 | | |
| C-95 | Paul Mazade, et al. v. McDonnell Douglas Corp., ~~etc.~~, et al. *7/21/88* | S.D.Fla. kehoe | 88-1137 | 8/8/88 | 89-70419 | | |
| C-96 | Brian Roundy, et al. v. Northwest Airlines, Inc., et al. *8-25-88* | D.Ariz. Strand | CIV-88-1219 PHX-RGS | 7/15/88 | 88-74091 | | |
| C-97 | Geraldine Hennessy v. Northwest Airlines, Inc., et al. *8-25-88* | D.Ariz. Broomfield | CIV-88-1115 | 9/12/88 | 88-74048 | | |
| XYZ-98 | Phoenix Suns Limited Partnership v. Northwest Airlines, Inc., et al. | E.D.Mich. | 88-73080 | | | | |
| D-99 | Steve Shaffer, etc. v. Northwest Airlines, Inc. *10/17/88* | D.Arizona Carroll | CIV-88-1340-PHX EHC | 11/2/88 | 89-74656 | | |
| D-100 | William C. Robinson, etc. v. Northwest Airlines, Inc., et al. *10/17/88* | C.D.Cal. Pfaelzer | 88-5560 | 11/2/88 | 88-74670 | | |
| D-101 | Reid Bushong, et al. v. Northwest Airlines, Inc , etc. *11/1/88* | C.D.Cal. Stotler | SACV88-549-AHS | 11/17/88 | 89-70008 | | |

DOCKET NO. 742 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-102 | Harry William Martin, et al. v. Northwest Airlines, Inc., et al. 11/15/88 | D. Ariz. | Civ-88-1659 PHX (CLH) | 12/1/88 | 88-70832 | | ✓ |
| D-103 | Reid Bushong, et al. v. Northwest Airlines, Inc. 11/15/88 | C.D. Cal | SA-CV-88-471-JSL(RWRx) | 12/1/88 | 89-70003 | | |
| XYZ-104 | Thomas C. Hoffman, et al. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72141 | | | | |
| XYZ-105 | James H. Poole, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72164 | | | | |
| XYZ-106 | James H. Poole, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72165 | | | | |
| XYZ-107 | Thomas Dority, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72169 | | | | |
| XYZ-108 | Charles M. Rademacher, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72170 | | | | |
| XYZ-109 | Charles M. RAdemacher, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72171 | | | 11/9/87 | |
| XYZ-110 | Editha r. Garriott, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72172 | | | | |
| XYZ-111 | John Brosnan, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72316 | | | | |
| XYZ-112 | Mary Ann Rataliff, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72347 | | | | |

JBML FORM 1 -- Continuation

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-113 | Frank Wydo, et. al. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72631 | | | | |
| XYZ-114 | Lambert J. Wischerath, et al. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72614 | | | | |
| XYZ-115 | Kenneth Schweitzer, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-72737 | | | | |
| XYZ-116 | Charles C. Hines, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-73159 | | | | |
| XYZ-117 | Allan A. May, et al. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-73450 | | | | |
| XYZ-118 | Howard Moy, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-73517 | | | | |
| XYZ-119 | Gary C. Hoffman, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-73775 | | | | |
| XYZ-120 | Richard E. Haas, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | ~~88-40380~~ 40380 | | | | |
| XYZ-121 | Kathleen Scarselleta, etc. v. Northwest Airlines, Inc., et al. | Mich.,E. Cook | 88-74441 | | | | |

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-122 ✓ | Kathleen M. Grigg, et al. v. Northwest Airlines, Inc., et al. 12/29/88 | D.Ariz. Broomfield | CIV-88-1244-PHX-RCB | 1-11-89 | 89-71637 | | |
| D-123 ✓ | Carl B. Bell, et al. v. Northwest Airlines, Inc., et al. 12/29/88 | D.Ariz. Rosenblatt | CIV-88-1792-PHX-PGR | MAY 17 1989 | 89-2058 | 5/17/90 Clved | |
| D-124 | James R. Walton, etc. v. Northwest Airlines, Inc., et al. | D.Ariz. Rosenblatt | CIV-88-1894-PHX-PGR | MAR 28 1989 | 89-71310 | | |
| D-125 ✓ | Janet D. Cook, et al. v. Northwest Airlines, Inc., et al. v. McDonnell-Douglas Corp., et al. 3-10-89 | D.Ariz Rosenblatt | CIV88-2094-PHX-PGR | | | | |
| D-126 ✓ | Stephen Shaffer, et al. v. McDonnell Douglas Aircraft Corp. 4/14/89 | N.D.Cal. Vukasin | C89-0734-JPV (ARB)TSC | 5/2/89 | 89-71603 | | |
| D-127 ✓ | Steven J. Acker, et al. v. Northwest Airlines, Inc., et al. 4/14/89 | D.Ariz. Strand | CIV89-0418-PHX-RGS | 5/2/89 | 89-71636 | | |
| D-128 | Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation 5-5-89 | D.Ariz. Broomfield | CIV89-0472-PHX-RCB | 5/23/89 | 89-72096 | | |
| D-129 ✓ | Andrew R. Bagnato, etc. v. McDonnell Douglas Corporation 5-5-89 | D.Ariz. Muecke | CIV89-0473-PHX-CAM | 5/23/89 | 89-72082 | | |
| | July 1989 – 16 TR/19 X42/1 Die / 124 Pending | | | | | | |
| E-130 ✓ | Howard Sullivan, et al. v. Northwest Airlines Inc., et al. 8/24/89 | D.Arizona Strand | CIV89-1175 PHX-RGS | 9/11/89 | 89-72935 | | |

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-131 | Northwest Airlines, Inc. v. McDonnell Douglas Corporation, et al. 9-25-89 | D.C. Lamberth | 89-2279 | 10-11-89 | 89-73238 | | |
| E-132 | Sunil Biswas, et al. v. Northwest Airlines, Inc. 9-25-89 opposed 10-10-89 | S.D.Tex. Harmon | H-89-3001 | 1/31/90 | 90-70758 | | |
| XYZ-133 | John W. Mundy, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 88-73367 | | | | |
| XYZ-134 | Carolyn S. Johnson v. Northwest Airlines, Inc. | Mich.,E. Cook | 88-74893 | | | | |
| XYZ-135 | Marilyn Blakely v. Northwest Airlines, Inc. | Mich.,E. Cook | 88-74894 | | | | |
| XYZ-136 | Suzanne Redd Ross v. Northwest Airlines, Inc. | Mich.,E. Cook | 88-74895 | | | | |
| XYZ-137 | Gary Kimmel v. Northwest Airlines, Inc. | Mich.,E. Cook | 88-75012 | | | | |
| XYZ-138 | Phillip G. Thorell v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-70220 | | | | |
| XYZ-139 | David C. Morris v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-70326 | | | | |
| XYZ-140 | Bill Horton, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-70786 | | | | |
| XYZ-141 | Richard Haas v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-70962 | | | | |

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-142 | Steven J. Acker v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71205 | | | | |
| XYZ-143 | Patricia Roundy v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71276 | | | | |
| XYZ-144 | Donna Beddingfield v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71459 | | | | |
| XYZ-145 | Joseph R. Hatfield v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71460 | | | | |
| XYZ-146 | Rita Lumpkin, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71684 | | | | |
| XYZ-147 | Bonnie Royden v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71960 | | | | |
| XYZ-148 | Georgia Moy, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72115 | | | | |
| XYZ-149 | Jeffrey P. Casazza v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72318 | | | | |
| XYZ-150 | Thomas Johnston, et al. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72349 | | | | |
| XYZ-151 | Thomas Johnston v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72478 | | | | |

DOCKET NO. 742 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-152 | George W. DeSantis v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72411 | | | | |
| XYZ-153 | Johathan E. Marie v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72410 | | | | |
| XYZ-154 | Lowell C. Wormley v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72614 | | | | |
| XYZ-155 | Ronald J. Davis, Sr. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72442 | | | | |
| XYZ-156 | Bill Horton v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72615 | | | | |
| XYZ-157 | Floyd Scott v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72449 | | | | |
| XYZ-158 | Robin M. Spotleson, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72451 | | | | |
| XYZ-159 | Northwest Airlines, Inc. v. McDonnell Douglas Corp., et al. | Mich.,E. Cook | 89-72696 | | | | |
| F-160 | James R. Walton, et al. v. Northwest Airlines, Inc., et al. v. Texas Instruments, et al. 1/18/90 | D.Ariz. Rosenblatt | 88-CV-1894 | 2/5/90 | | | |

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-161 | Ronald J. Davis, Sr., et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-70787 | | | | |
| XYZ-162 | Robert Thrasher v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-71784 | | | | |
| XYZ-163 | James S. Best, Sr. v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-72350 | | | | |
| XYZ-164 | Jean C. Corona v. Northwest Airlines, Inc. | Mich.,E. Cook | 89-73699 | | | | |
| XYZ-165 | Sharmila Choudhury v. Northwest Airlines, Inc. | Mich.,E. Cook | 90-70087 | | | | |
| | *July 1990 - 4 re/32 XYZ* | | */8 Dis/152 Pending* | | | | |
| G-166 | Northwest Airlines, Inc. v. CAE Electronics, Ltd. *10/24/90* *July 1991 - 1 re/153 Pending* | Minn. Magnuson | 90-CV-472 | *10/24/90* | 90-73482 | | |
| XYZ-167 | David J. Dodds v. Northwest Airlines, Inc. | Mich.,E. Cook | 90-72192 | | | | |
| XYZ-168 | John Richard Maus v. Northwest Airlines, Inc. | Mich.,E. Cook | 90-72263 | | | | |
| XYZ-169 | Edward Harold Hawkins v. Northwest Airlines, Inc. | Mich.,E. Cook | 90-72659 | | | | |
| XYZ-170 | Nick Vanos v. Northwest Airlines, Inc. | Mich.,E. Cook | 91-70669 | | | | |
| XYZ-171 | Dennis Barr, et al. v. Northwest Airlines, Inc. | Mich.,E. Cook | 91-74554 | | | | |

*July 1992 - 5 XYZ/155 pending*

*September 1993 - 165 dism./4 pending*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on Aug. 16, 1987

Liaison Counsel/Steering Counsel for Pltfs. info
received from J.Cook's law clerk on 4/21/88 (Order will follow)

LIAISON COUNSEL FOR PLAINTIFFS
Lawrence S. Charfoos, Esquire
Charfoos & Christensen
4000 Penobscot Building
Detroit, MI 48226

PLAINTIFFS STEERING COMMITTEE
Stanley M. Chesley, Esquire
Waite, Schneioder, Bayless,
 & Chesley
1513 Central Trust Tower
Cincinnati, OH 45202

Richard F. Schaden, Esquire
Schaden, Heldman, Lampert,
 Katzman & Teicher
800 N. Woodward Ave
Suite 102
Birmingham, MI 48011

Lee S. Kreindler, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Charles M. Brewer, Esquire
100 West Washington. Suite 1400
Phoenix, AZ 85003

Gerard R. Lear, Esquire
Speiser, Krause & Madole
1216 Sixteenth Street, N.W
Washington, D.C. 20036

NORTHWEST AIRLINES, INC.
Carroll E. Dubuc, Esquire
Laxalt, Washington, Perito, & Dubuc
1120 Connecticut Ave., N.W.
Washington, D. C. 20036

UNITED TECHNOLOGIES D/B/A
 PRATT AND WHITNEY
David W. Moore, Esq.
Pataterson & Patterson, Whitfield &
Manikoff, Tennan and White, P.C.
Ten West Square Lake Road, Suite 300
Bloomfield Hill, MI 48013

DETROIT METOROPOLITAN WAYNE COUNTY
 AIRPORT
Mark A. Dombroff, Esq. ~~Corr. between~~
Hughes, Hubbard & Reed
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004

MCDONALD DOUGLAS CORP. NULL
DOUGLAS AIRCRAFT CO.
John J. Hennelly, Jr., Esq.
Bryan, Cave, McPheeters & McRobertrs
3100 Crocker Center
333 South Grand Avenue
Los Angeles, CA 90071

UNABLE TO DETERMINE COUNSEL OR ADDRESS
FOR FOLLOWING

NATIONAL CAR RENTAL SYSTEMS
METRO SECURITY (A-12)
REPUBLIC AIRLINES (Deft. B-30)
~~TEXAS INTERNATIONAL CORP. (Deft B-49)~~
ESTATE OF JOHN RICHARD MAUS (Deft B-50)
ESTATE OF DAVID DODDS (Deft B-50)

TEXAS INSTRUMENTS
Thomas Keenan, Esquire
30903 Northwestern
Farmington Hills, MI 48018

(OVER →)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  -- _____

UNITED STATES OF AMERICA
Roy C. Hayes, Esquire
817 U.S. Courthouse
231 W. LaFayette
Detroit, MI  48226

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 742 --   IN RE AIR CRASH DISASTER AT DETROIT METROPOLITAN AIRPORT

ON AUGUST 16, 1987

(REVISED 11/10/87)

---

JAMES DOWNS, ETC.  (A-1 & A-4)
KENNETH YOUNG, ET AL.  (A-2 & A-5)
CHRISTINE ANN GRUICI, ETC. (A-11)
DOROTHY ANN BROWN, ETC (B-15)
RAYMOND SCOTT D'ANGELO  (B-17)
ALMA WALLINGTON     (B-19)
Richard E. Brown, Esquire
Law Offices of Melvin M. Belli, Sr.
The Belli Building
722 Montgomery Street
San Francisco, California  94111

CHESTER H. POLEC, ETC.  (A-3)
Stanley M. Chesley, Esquire
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, Ohio  45202

CARLOS VALASQUEZ  (A-6)
GORDON ATKINS   (A-7)
MICHAEL A. NELSON, ETC.  (A-8)
LAWRENCE MICHAEL FAVIO   (A-9)
KENNETH B. MORGAN, ETC.  (A-10)
STACY SUROWITZ, ETC.  (A-14)
KENNETH KLAFT     (B-18)
TWONDER DAVIS, ET AL. (B-20 & 21)
DONGERNERIAL THOMAS (B-22)
ANITA J. VLAZNY (B-23)
Richard F. Schaden, Esquire
Schaden, Heldman, Lampert,
  Katzman & Teicher
800 N. Woodward Avenue, Ste. 102
Birmingham, Michigan  48011

DAVID PFISTER, ET AL.   (A-12)
Harold V. Sullivan, II, Esq.
One Manchester Boulevard
Suite 500, Inglewood City Hall
Inglewood, California  90301

CITIZENS COMMERCIAL & SAVINGS BANK (B-16)
Charles A. Grossman, Esquire
Grossman and Baessler
702 Church Street
Flint, Michigan  48502

NORTHWEST AIRLINES, INC.
Caroll E. Dubuc, Esquire
Laxalt, Washington, Perito & Dubuc
1120 Connecticut Ave., N.W.
Washington, D.C.  20036

UNITED TECHNOLOGIES, a Foreign
CORPORATION, d/b/a/ PRATT and WHITNEY
David W. Moore, Esquire P-23326
Patterson & Patterson, Whitfield
  & Manikoff, Ternan and White, P.C.
Ten West Square Lake Road, Suite 300
Bloomfield Hills, Michigan  48013

DETROIT METROPOLITAN WAYNE COUNTY AIRPORT
Mark A. Dombroff, Esquire
Hughes, Hubbard & Reed
1201 Pennsylvania Ave., N.W.
Washington, D.C.  20004

McDONNELL DOUGLAS CORPORATION
DOUGLAS AIRCRAFT COMPANY
John J. Hennelly, Jr., Esq.
Bryan, Cave, McPheeters & McRoberts
3100 Crocker Center
333 South Grand Avenue
Los Angeles, California  90071

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. _____ -- _____

VON JONES, ET AL. (A-13)
KRIS J. GRIGG, ET AL. (B-24)
ANNETTE K. MICKELSON, ETC. (B-25)
PETER VANOS, ET AL. (B-26)
Charles M. Brewer, Esquire
1400 First Interstate Bank Plaza
Phoenix, Arizona  85003

Unable to determine counsel for:
METRO SECURITY

MARK DOBRONSKI, ETC. (B-27)
Robert S. Harrison, Esq.
6735 Telegraph Road
Suite 350
Birmingham, Michigan  48010

KAY GLEASON, ETC. (B-28)
Donald Madole, Esq.
Spiser, Krause & Madole
1216 Sixteenth Street, N.W.
Washington, D.C.  20036

MOLLY M. SILLS, ETC. (B-29)
James P. Feeney, Esq.
505 North Woodward Avenue
Suite 3400
Bloomfield Hills, Michigan  48013

DAVID PFISTER, ET AL. (B-30)
Harold V. Sullivan, II, Esq.
(SAME AS A-12)

REPUBLIC AIRLINES (Deft. in B-30)
Unable to determine counsel or
address

WILLIAM HORTON, ET AL. (B-33)
Richard T. Treon, Esq.
Raymond M. Norris, Esq.
Treon, Strick, Lucia & Aguirre
2700 North Central Ave., Suite 1400
Phoenix, AZ  85004-1133

Robert A. Lubin, Esq.
4001 North 9th Street, #806
Arlington, VA  22203

ANDREW R. BAGNATO, ETC. (B-34)
ANDREW R. BAGNATO, ETC. (B-35)
James A. Tilker, Esq.
Tilker & Johnson
6900 N. Camelback Road, Suite 1010
Scottsdale, AZ  85251

Grant J. Gruel, Esq.
Gruel, Mills, Nims & Pylman
50 Monroe Place, Suite 700 W
Grand Rapids, MI  49503

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 742 -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

NEW
COUNSEL LISTING FOR MDL-742

ROSE WEITE, ETC. (B-36)
John H. Westover, Esquire
O'Connor, Cavanagh, Anderson
 Westover, Killingsworth & Beshears
1 E. Camelback, Suite 1100
Phoenix, Arizona  85012-1656

ROBIN M. SPOTLESON, ET AL. (B-37)
CAROLYN JOHNSON, ETC. (B-39)
DAVID GEIGER, ET AL. (B-51)
Charles M. Brewer, Esquire
100 W. Washington, Suite 1400
Phoenix, Arizona  85003

CAROLYN ANN BRANTLEY, ET AL. (B-38)
James F. Brook, Esquire
4411 S. Rural Road
Tempe, Arizona  85282

RICHARD BOERSMA, ET AL. (B-40)
Michael G. Sullivan, Esquire
Shultz, Worischeck & Lane
1001 N. 1st Street
Phoenix, Arizona  85004

MARK T. GRUICI, ETC. (B-41)
Peter S. Spaw, Esquire
Tupper, Schlosser, Schulz & Spaw
5901 W Indian School Rd., Ste. 1
Phoenix, Arizona  85033

KATHERINE GARCIA, ET AL. (B-42)
Kenneth L. Allen, Esquire
Charles V. Harrington, Esquire
Bilby & Shoenhair, P.C.
P.O. Box 871
Tucson, Arizona  85702-0871

WILLIAM CODY, ET AL. (B-43)
Elliot G. Wolfe, Esquire
Langerman, Begam, Lewis & Marks
111 W. Monroe, Suite 1400
Phoenix, Arizona  85003-0871

John R. Politan, Esquire
Ellis, Baker, Lynch, Clark & Porter
4444 N. 32nd Street, Suite 200
Phoenix, Arizona  85018

KATHLEEN M. AMABILE, ET AL. (B-44)
Francis P. Smith, Esquire
Fisher & Smith
300 W. Clarendon, Suite 230
Phoenix, Arizona  85013

Michael J. Pangia, Esquire
Smiley, Olson, Gilman & Pangia
1815 H Street, N.W., Ste. 600
Washington, D.C.  20006

RONALD J. DAVIS, SR., ET AL. (B-45)
Cindy Hansel Strickland, Esquire
Richard T. Treon, Esquire
Raymond M. Norris, Esquire
Treon, Strick, Lucia & Aguirre
2700 N. Central Ave., Ste. 1400
Phoenix, Arizona  85004-1133

Larry G. Haddy, Esquire
3550 N. Central Avenue
1610 1st Interstate Bank Tower
Phoenix, Arizona  85012

Donald W. Madole, Esquire
Speiser, Krause & Madole
1216 16th St., N.W.
Washington, D.C.  20036

SUZANNE REDD ROSS, ETC. (B-46)
MARILYN BLAKLEY, ETC. (B-48)
William R. Jones, Jr., Esquire
Jones, Skelton & Hochuli
2702 N, 3rd Street, Suite 3000
Phoenix, Arizona  85004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. __742__ -- In re Air Crash Disaster at Detroit Metropolitan Airport on August 16, 1987

---

MARSHALL & ILSLEY TRUST CO.  (B-47)
Robert G. Beshears, Esquire
O'Connor, Cavanagh, Anderson, Westover,
Killingsworth & Beshears
1 E. Camelback, Suite 1100
Phoenix, Arizona  85012-1656
 (same address as B-36)

JOHN R. THOMSEN, ET AL.  B-49)
Denis R. Malm, Esquire
Wachtel, Biehn & Malm
2240 McCulloch Blvd.
Lake Havasu City, Arizona  86403

FRANCIS A. PRESTI, JR., ET AL. (B-50)
Dwight C. Flickinger, Esquire
2001 W. 3rd Street, Suite 204
Phoenix, Arizona  85004

RICHARD CARL ZELL, III  (B-51)
Bruce R. Heurlin, Esquire
Hecker, Phillips & Hooker
Rockwell Building
405 West Franklin Street
Tucson, Arizona  85701

ANNE M. ANDERSON, ETC.  (B-52)
Barry N. Akin, Esquire
Miller & Pitt, P.C.
111 S. Church Avenue
Tucson, Arizona  85701-1680

TEXAS INTERNATIONAL CORP.  (Deft. B-44)
(unable to determine counsel)

ESTATE OF JOHN RICHARD MAUS  (Deft. B-50)
(unable to determine counsel)

ESTATE OF DAVID DODDS  (Deft. B-50)
(unable to determine counsel

GERRIT TERPSTRA, ET AL. (B-54)
Michael G. Sullivan, Esq.
(Same As B-40)

JACK H. BURRELL, ETC. (B-55)
FLOYD SCOTT, ETC. (B-56)
Patrick J. McGroder, III, Esquire
McGroder, Tryon, Heller & Rayes
3020 E. Camelback Road, Suite 300
Phoenix, Arizona  85016

Marc S. Moller, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017-5590

DEAN M. ROUNDY, ET AL. (B-57)
Joseph T. Garlovsky, Esquire
154 S. Halifax Avenue
Daytona Beach, Florida  32018

RANDALL W. ZELL, ETC. (C-94)
Daniel B. Diederich, Esquire
21515 Hawthorne Blvd., Suite 590
Torrance, California  90503

PAUL MAZADE, ET AL. (C-95)
Aaron Podhurst, Esquire
Podhurst, Orseck, Parks, Josefsberg,
  Eaton, Meadow & Olin, P.A.
Suite 800, City National Bank Bldg.
25 West Flagler Street
Miami, Florida  33130

BRIAN ROUNDY, ET AL. (C-96)
Steve H. Everts, Esquire
Udall, Shumway, Blackhurst, Allen,
  Lyons & Davis, P.C.
30 West First Street
Mesa, Arizona  85201

  Speiser, Krause & Madole
  (Listed Previously)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____5_____

DOCKET NO. __742__ -- _____

---

GERALDINE HENNESSY (C-97)
Byrd R. Lane, Esquire
Shultz, Worischeck & Lane
1001 North First Street
Post Office Box 271
Phoenix, Arizona  85001

Speiser, Krause & Madole
(Listed previously)

STEVE SHAFFER, ETC. (D-99)
John David Harris, Esquire
Harris & Palumbo
Park  Coronado, Suite 101
361 East Coronado
Phoenix, Arizona  85004-1525

WILLIAM C. ROBINSON (D-100)
William C. Price, III, Esquire
Pray, Price, Williams & Russell
810 Fidelity Plaza
555 E. Ocean Blvd.
Long Beach, California  90802

REID BUSHONG, ET AL. (D-101)
William S. Hulsy, Esquire
17682 Mitchell North
Irvine, California  92714

HARRY WILLIAM MARTIN, ET AL. (D-102)
Brian Michael Goodwin, Esquire
Lewis and Roca
100 W. Washington
Suite 2200
Phoenix, Arizona  85003-1899

REID BUSHONG, ET AL. (D-103)
Willaim S. Hulsy, Esquire
17682 Mitchell North
Irvine, California  92714

---

KATHLEEN M. GRIGG, ET AL. (D-122)
Charles M. Brewer. Esq.
 (SAME AS STEERING COMMITTEE)

Douglas M. Butz, Esq.
Bart J. Miesfeld, Esq.
Butz & Lucas
1010 2nd Avenue
Suite 2109
San Diego, California  92101-4943

CARL B. BELL, ET AL. (D-123)
Charles M. Brewer, Esq.
(Same As D-122)

Richard F. Schaden, Esq.

(SAME AS STEERING COMMITTE)

TEXAS INSTRUMENTS, INC./KLIXON
NATIONAL CAR RENTAL SYSTEM, INC.

UNITED STATES OF AMERICA
(No Appearance Received)
Kathlynn G. Fadeley, Esquire
Aviation Counsel
Department of Justice
P.O. Box 14271
Washington, D.C.  20044-4271

JANET D. COOK, ET AL. (D-125)
Kenneth L. Tucker, Esq.
Kenneth L. Tucker & Associates
7226 N. 16th Street, Suite 100
Phoenix, AZ  85073

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. __742__ -- In re Air Crash Disaster at Detroit Metropolitan Airport on
August 16, 1987

---

STEPHEN SHAFFER, ET AL. (D-126)
Gerald C. Sterns, Esq.
Sterns & Walker
280 Utah Street
San Francisco, CA  94103

STEVEN J. ACKER, ET AL. (D-127)
Charles M. Brewer, Esq.
Charles M. Brewer, Ltd.
1400 First Interstate Bank Plaza
Phoenix, AZ  85003

ANDREW R. BAGNATO, ETC. (D-128)
ANDREW R. BAGNATO, ETC. (D-129)
James A. Tilker, Esq.
James Tilker & Associates, P.C.
7150 East Camelback Road
Suite 195
Scottsdale, Arizona  85251

Grant J. Gruel, Esq.
Gruel, Mills, Nims & Pylman
50 Monroe Place, Suite 700 West
Grand Rapids, Michigan  49503

HOWARD SULLIVAN, ET AL. (E-130)
Thomas Alfred Miller, Esq.
Miller & Gustafson
P.O. Box "M"
Flagstaff, Arizona  86002

Boyd W. Dunn, Esq.
Anne M. McNamara, Esq.
Yarbrough, Wright, Harowitz & Dunn
1400 E. Southern Ave.
Ste. 1040 Tempe City Center
Tempe, Arizona  85282

NORTHWEST AIRLINES, INC. (E-132)
Carroll E. Dubuc, Esq.
(Already listed on pg. 1)

SUNIL BISWAS, ET AL. (E-132)
James P. Piper, Esq.
Law Office of Windle Turley, P.C.
6440 North Central Expressway
1000 University Tower
Dallas, Texas  75206

oppose d

JAMES R. WALTON, ET AL. (F-160)
Brian Michael Goodwin, Esq.
Lewis and Roca
100 West Washington Street, Suite 2200
Phoenix, AZ  85003-1899

NORTHWEST AIRLINES, INC. (G-166)
Carroll E. Dubuc, Esq.
(Already listed on pg. 1)

Donald Chance Mark, Jr., Esq.
Meagher, Geer, Markham, Anderson,
  Adamson, Flaskamp & Brennan
4200 Multifoods Tower
33 S. 6th Street
Minneapolis, Minnesota  55402

CAE ELECTRONICS, LTD. (deft. in G-166)
Austin Dowling Ditzler, Esq.
The Crossings, Suite 120
250 Second Avenue South
Minneapolis, Minnesota  55401

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __742__ -- In re Air Crash Disaster at Detroit Metropolitan Airport on
August 16, 1987

| Name of Party | Named as Party in Following Actions |
|---|---|
| Northwest Airlines, Inc. | B-54, B-55, B-56, B-57, C-94, C-95, C-96, C-97, D-99, D-100, D-101, D-102, D-103, D-108, D-123, D-124, D-125, D-127, E-130, E-131, F-160 |
| McDonnell Douglas | D-123, D-124, E-131, F-160 |
| United Technologies d/b/a Pratt & Whitney | A-8, A-9, A-10, A-12, A-14, B-18, B-20, B-21, B-22, B-23, B-24, B-30 |
| Detroit Metropolitan Airport | A-12, |
| Metro Security | A-12, |
| Douglas Aircraft (a division of McDonnell Douglas Corp.) | A-12, B-30, E-130 |
| Republic Airlines | B-30 |
| Texas International Corp. | B-44, E-131 |
| Estate of John Richard Maus | D-50 |
| Estate of David Dodds | B-50 |
| Texas Instruments, Inc./Klixon | D-122, D-123, D-124, D-125, F-160 E |

p. 2

| | |
|---|---|
| National Car Rental System, Inc. | D-122, D-123, D-124 , D-125  F-160 |
| United States of America | D-122, D-123, D-124 , D-125 (3rd Party deft) E-131  F-160 |
| CAE Electronics Ltd. | G-166 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |